# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

PEARLIE BERNARD JACKSON,

       Plaintiff,

   v.

SHERIFF ERIC A. RUNAAS, CHIEF
DEPUTY ROBERT D. SPODEN,
COMMANDER BARBARA TILLMAN,
LIEUTENANT RUSS STEEBER,
SERGEANT PAT LALOR and
OFFICER MEYER,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-733-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____12/4/08_____
Date